Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

640 A.2d 411

**MACK TRUCKS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

Robert L. Weldon, Harrisburg, for Mack Trucks Inc.

Bart J. DeLuca, Jr., Harrisburg, for Board of Finance and Revenue.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order affirmed.

542

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

640 A.2d 412

AVONDALE SPRINGS AT WALLINGFORD CONDOMINIUM ASSOCIATION, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION & Howard Yerusalim, Secretary of Transportation, Appellees.

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided April 22, 1994.

David T. Bolger, Paul A. Logan, King of Prusia, for A.S. at W.C.A.

Robert J. Shea, John L. Heaton, Steven Roth, John M. Hrubovcak, Harrisburg, for PENNDOT.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94